**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Leneil James Colbert, Jr.,                                        No. 25-cv-4652 (KMM/ECW)

      Plaintiff,

v.

                                                **ORDER**

Paul Schnell, Mark Koderick, Diane
Reineccius, and John Melvin,

      Defendants.

---

This matter is before the Court for review of the Report and Recommendation (R&R) issued by United States Magistrate Judge Elizabeth Cowan Wright. (Dkt. 8.) Judge Wright recommends that this action be dismissed and Plaintiff Leneil James Colbert, Jr.'s application to proceed in forma pauperis be denied as moot. (*Id.*) The deadline for Plaintiff to file objections to the R&R was April 13, 2026, but he did not object. Fed. R. Civ. P. 72(b)(2). Although the deadline passed three weeks ago, Mr. Colbert still has not submitted any response to the R&R.

In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted Cnty.*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996); Fed. R. Civ. P. 72(b)). Having reviewed the R&R, the Court finds no error and adopts the R&R.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Leneil James Colbert, Jr.'s Complaint (Dkt. 1) is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A, for failure to state a claim to the extent it purports to bring a Fourteenth Amendment procedural-due-process claim.

1

2. The Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915A, for failure to state a claim, to the extent it purports to bring a First Amendment retaliation claim and claims under the First Amendment's Free Exercise Clause and the Religious Land Use and Institutionalized Persons Act.

3. The Court **DECLINES** to exercise supplemental jurisdiction over the Complaint's state-law breach-of-contract claim, and that claim is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

4. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED** as moot.

**Let Judgment be entered accordingly**.

Date: May 4, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge

2